IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:02CR00064 |
| Thomas P Black | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on March 6, 2006 for a period of four years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 2nd day of April, 2007

_____
United States Senior District Judge